◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. PROKOPIENKO, Appellant. (Appeal No. 2.) [898 NYS2d 904]—Appeal from a judgment of the Supreme Court, Oneida County (Bernadette T. Romano, J.), rendered February 3, 2009. The judgment revoked defendant's sentence of probation and imposed a sentence of incarceration.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Prokopienko* (72 AD3d 1528 [2010]). Present—Centra, J.P., Fahey, Carni, Green and Pine, JJ.